| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MARCO CECCHINI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00129-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW** |
| | ) **HEARING AND EXTEND TERM OF** |
| vs. | ) **PROBATION; ORDER** |
| MARCO CECCHINI, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Reed Grantham, counsel for Marco Cecchini, that Mr. Cecchini's term of unsupervised probation may be extended to expire on January 30, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to the second available court date in January 2018.

On April 19, 2016, the Court sentenced Mr. Cecchini to eighteen months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. Mr. Cecchini was also ordered to pay a fine of $2,000, submit to post-plea booking, and to attend a first-time DUI offender program.

Mr. Cecchini has paid the entirety of his $2,000 fine. He is currently enrolled in an

equivalent DUI program in Colorado. The parties are in agreement to extend Mr. Cecchini's probation to provide him with sufficient time to complete the DUI program. Accordingly, the parties request that Court extend Mr. Cecchini's term of unsupervised probation to expire January 30, 2018. The parties further request that the Court schedule a review hearing for the second available court date in January 2018.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 14, 2017  /s/ *Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 14, 2017  /s/ *Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARCO CECCHINI

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the September 19, 2017 hearing for Marco Cecchini, Case No. 6:15-mj-00129-MJS, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 14, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE