| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MARCO CECCHINI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00129-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW** |
| | ) **HEARING AND EXTEND TERM OF** |
| vs. | ) **PROBATION; ORDER** |
| MARCO CECCHINI, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Marco Cecchini, that Mr. Cecchini's term of unsupervised probation be extended to expire on May 18, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to April 18, 2018.

Mr. Cecchini's review hearing is currently scheduled for January 23, 2018. By that date, Mr. Cecchini was required to pay off a $2000 fine and attend the First Offender DMV Course. After being placed on probation, Mr. Cecchini moved to Fort Collins, Colorado. Due to his move, he has had difficulty registering for the Colorado DMV Course. However, after months of trying, he is finally registered and attending classes. Unfortunately, he needs a little more time to complete his classes. Accordingly, the parties request that Mr. Cecchini's review hearing be

continued to April 18, 2018 and that his probation be extended to May 18, 2018 to give Mr. Cecchini time to complete the DMV course.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 19, 2018 　　　　　　　　　/s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Yosemite Legal Officer
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

Date: January 19, 2018 　　　　　　　　　/s/ Hope Alley
　　　　　　　　　　　　　　　　　　　　HOPE ALLEY
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MARCO CECCHINI

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 23, 2018 hearing for Marco Cecchini, Case No. 6:15-mj-00129-MJS, is continued to April 18, 2018 at 10:00 a.m., and his probation and the terms of his probation remain in effect until May 18, 2018.

IT IS SO ORDERED.

Dated:　January 19, 2018　　　　　　　　/s/ Michael J. Seng
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Cecchini: Stipulation to Continue

2