| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MARCO CECCHINI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00129-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | |
| MARCO CECCHINI, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Marco Cecchini, that Mr. Cecchini's term of unsupervised probation be extended to expire on June 1, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to May 2, 2018.

Mr. Cecchini's review hearing is currently scheduled for April 18, 2018. By that date, Mr. Cecchini was required to pay off a $2000 fine and attend the First Offender DMV Course. Unfortunately, the Court's calendar can no longer accommodate this hearing. Accordingly, the parties request that Mr. Cecchini's review hearing be continued to May 2, 2018 and that his probation be extended to June 1, 2018 to give Mr. Cecchini time to complete the DMV course.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 27, 2018          */s/ Susan St. Vincent*
                                       Susan St. Vincent
                                       Yosemite Legal Officer
                                       Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 27, 2018          */s/ Hope Alley*
                                       HOPE ALLEY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     MARCO CECCHINI

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 18, 2018 hearing for Marco Cecchini, Case No. 6:15-mj-00129-MJS, is continued to May 2, 2018 at 10:00 a.m., and his probation, and all terms and conditions thereof, is extended to June 1, 2018.

IT IS SO ORDERED.

Dated: March 27, 2018                        /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE