HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARCO CECCHINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00129 |
|---|---|
| Plaintiff, | **MOTION TO VACATE MAY 2, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| MARCO CECCHINI, | |
| Defendant. | |

Defendant Marco Cecchini hereby requests that the Court vacate the May 2, 2018 review hearing. The Government is in agreement with the request.

On April 19, 2016, the Court sentenced Mr. Cecchini to 18 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Cecchini to pay $2000, to complete post-plea booking, and to complete the First Offender DMV Course.

Mr. Cecchini has complied with every term of his probation. Accordingly, he respectfully requested that this Court vacate the May 2, 2018 review hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MARCO CECCHINI

**O R D E R**

Based on the parties' joint representation that Mr. Cecchini is in compliance with the conditions of his probation, the Court vacates the May 2, 2018 review hearing.

IT IS SO ORDERED.

Dated: **April 24, 2018**

UNITED STATES MAGISTRATE JUDGE